IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: November 28, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Patrick Lynch | |
| Interpreter: | Marcella Salazar | |

Criminal Action No. 10-cr-00585-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                    John Canedy

      Plaintiff,

v.

ASCENCION HERNANDEZ,                          Michael Litman

      Defendant.

___

## SENTENCING MINUTES
___

**3:31 p.m.     Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on August 8, 2011.  Defendant pled guilty to Counts 2 and 3 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #30)** Argument.

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #30**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days of the date of the designation before noon as notified by the Court and the probation office.

**ORDER:** Bond will be exonerated at the time defendant reports to the facility designated by the Bureau of Prisons.

**4:13 p.m.** **Court in recess.**

Total Time: 42 minutes.
Hearing concluded.